## UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS

| | | |
|---|---|---|
| DEREK R. COATES, | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | |
| v. | ) | Case No. 2:17-cv-2054 |
| | ) | |
| KANSAS COUNSELORS INC., AND | ) | |
| EXPERIAN INFORMATION | ) | |
| SOLUTIONS, INC.; | ) | |
| | ) | |
| DEFENDANTS. | ) | |

### NOTICE OF REMOVAL

Pursuant to 28 U.S.C. § 1441 *et seq*., Defendant Experian Information Solutions, Inc. ("Experian") hereby files this Notice of Removal of the above-captioned action to this Court and state as follows:

1.      Experian is a named Defendants in Civil Action No. 2017-LM-000002 filed by Plaintiff Derek R. Coates ("Plaintiff") in District Court, Limited Action Division for the State of Kansas, County of Wyandotte (the "State Court Action").

2.      The Complaint in the State Court Action was filed with the Clerk of the District Court, Limited Action Division for the State of Kansas, County of Wyandotte on January 2, 2017.

3.      This Notice is being filed with this Court within thirty (30) days after Experian received a copy of Plaintiff's initial pleading setting forth the claims for relief upon which Plaintiff's action is based.

4.      This Court is the proper district court for removal because the State Court Action is pending within this district.

5.      Pursuant to 28 U.S.C. § 1446(a), a copy of all process, pleadings, and orders served upon Experian in the State Court Action is attached hereto as **Exhibit A**.

6.      Experian is a corporation which, for monetary fees, regularly engages in whole or in part in the practice of assembling consumer credit information or other information on consumers for the purpose of furnishing consumer reports to third parties.  Experian uses means or facilities of interstate commerce for the purpose of preparing or furnishing consumer reports, and therefore is a "consumer reporting agency" within the meaning of 15 U.S.C. § 1681a(f).

7.      The claims for relief against Experian alleged in the State Court Action arise under the Fair Credit Reporting Act, 15 U.S.C. §§ 1681 *et seq*.  Thus, this court has original subject matter jurisdiction over the above-captioned action pursuant to 28 U.S.C. § 1331 and 15 U.S.C. § 1681p.  The above-captioned action may properly be removed to this United States District Court pursuant to 28 U.S.C. § 1441(a).

8.      All named defendants have been served with the Summons and Complaint in the State Court Action and hereby join in removing the above-captioned action to this Court. The Joinder and Consent to Removal from Kansas Counselors Inc. is attached hereto as **Exhibit B**.

9.      Promptly after the filing of this Notice of Removal, Experian shall provide notice of the removal to Plaintiff through his attorney of record in the State Court Action, and shall file a copy of this Notice with the clerk of the Court in the State Court Action, as required by 28 U.S.C. § 1446(d).

**HORN AYLWARD & BANDY, LLC**

/s/ Danne W. Webb

| | |
|---|---|
| Danne W. Webb | KS #22312 |
| Andrea S. McMurtry | KS #24746 |

2600 Grand Blvd., Suite 1100
Kansas City, MO 64108
Telephone: (816) 421-0700
Facsimile: (816) 421-0899
dwebb@hab-law.com
amcmurtry@hab-law.com

*Attorneys for Defendant*
*Experian Information Solutions, Inc.*

## CERTIFICATE OF SERVICE

Service of the foregoing was effected via electronic transmission through the District Court's ECF filing system this 27th day of January, 2017 to all counsel of record.

I further certify that on January 27, 2017, a true and correct copy of the above and foregoing document has been forwarded to the following parties via electronic mail:

| | |
|---|---|
| A. J. Stecklein | William H. Henderson |
| Michael Rapp | Kutak Rock LLP |
| Brian Johnson | 2300 Main Street, Suite 800 |
| Stecklein & Rapp, Chtd. | Kansas City, MO  64108 |
| 748 Ann Avenue | (816) 960-0090 (Telephone) |
| Kansas City, KS  66101 | (816) 960-0041 (Facsimile) |
| Telephone:  (913) 371-0727 | william.henderson@kutakrock.com |
| Facsimile:  (913) 371-0147 | |
| aj@kcconsumerlawyer.com | *Attorneys for Defendant* |
| mr@kcconsumerlawyer.com | *Kansas Counselors, Inc.* |
| bj@kcconsumerlawyer.com | |

*Attorneys for Plaintiff*

/s/ Danne W. Webb

*Attorney for Defendant*
*Experian Information Solutions, Inc.*

3