## UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS

| | |
|---|---|
| Derek R. Coates, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Kansas Counselors Inc., and Experian )<br>Information Solutions, Inc., )<br>)<br>Defendants. )<br>) | CASE NO. 2:17-cv-2054 |

### **NOTICE OF SETTLEMENT AS TO EXPERIAN INFORMATION SOLUTIONS, INC.**

Plaintiff Derek R. Coates and Defendant Experian Information Solutions, Inc. ("Experian") hereby give notice that they have reached a settlement and are in the process of preparing a final settlement agreement. After the parties have executed a final settlement agreement, they will file a joint motion to dismiss Experian with prejudice.

Dated: June 13, 2017

Respectfully submitted,

/s/ A.J. Stecklein (by permission)
A.J. Stecklein
Michael Rapp
Stecklein & Rapp, Chartered
748 Ann Avenue
Kansas City, Kansas 66101
Telephone: (913) 371-0727
Facsimile: (913) 371-0147
E-mail: aj@kcconsumerlawyer.com

*Attorney for Plaintiff*

/s/ Danne W. Webb
Danne W. Webb            KS #22312
Andrea S. McMurtry       KS #24746
HORN AYLWARD & BANDY, LLC
2600 Grand Blvd., Suite 1100
Kansas City, MO 64108
Telephone:  816-421-0700
Facsimile:  816-421-0899
E-mail:  dwebb@hab-law.com
         amcmurtry@hab-law.com

Emmett E. Robinson (*pro hac vice*)
JONES DAY
901 Lakeside Avenue
Cleveland, OH  44114
Telephone:  216-586-3939
Facsimile:  216-579-0212
E-mail:  erobinson@jonesday.com

*Attorneys for Defendant*
*Experian Information Solutions, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on June 13, 2017, the foregoing was served by operation of the Court's CM/ECF system upon counsel of record.

/s/ Emmett E. Robinson
*An Attorney for Defendant*
*Experian Information Solutions, Inc.*