UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
AT KANSAS CITY

| | |
|---|---|
| DEREK R. COATES,<br>                                Plaintiff,<br><br>vs.<br><br>KANSAS COUNSELORS INC. AND<br>EXPERIAN INFORMATION SOLUTIONS<br>INC.,<br>                                Defendants. | Case Number: 17-CV-02054 JAR/GEB |

**STIPULATION OF DISMISSAL WITH PREJUDICE
OF DEFENDANT EXPERIAN INFO ONLY**

Plaintiff and Defendant Experian Information Solutions, Inc. file this stipulation of dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

1. Plaintiff is Derek R. Coates; Defendants are Kansas Counselors, Inc. and Experian Information Solutions, Inc.

2. On January 2, 2017, Plaintiff filed a Petition against Defendants in the District Court of Wyandotte County, Kansas.

3. On January 27, 2017, Defendant Experian Information Solutions, Inc. removed the case to the United States District Court for the District of Kansas (Doc. 1).

4. Defendant Kansas Counselors, Inc. filed an Answer March 6, 2017 (Doc. 13); Defendant Experian Information Solutions, Inc. answered March 6, 2017 (Doc. 12).

5. Plaintiff now moves to dismiss the lawsuit against Defendant Experian Information Solutions, Inc. only.

6. Defendant Experian Information Solutions, Inc. agrees to the dismissal.

7. This case is not a class action.

8. A receiver has not been appointed in this case.

9. This case is not governed by any federal statute that requires a court order for dismissal of the case.

10. Plaintiff has not previously dismissed any federal- or state-court suit based on or including the same claims as those presented in this case.

11. This dismissal is with prejudice to refiling.

12. Each party is to bear its own fees and costs.

Respectfully submitted,

By: /s/ A.J. Stecklein
A.J. Stecklein #16330
Michael H. Rapp #25702
Stecklein & Rapp Chartered
748 Ann Avenue
Kansas City, Kansas 66101
Telephone: 913-371-0727
Facsimile: 913-371-0727
Email: AJ@KCconsumerlawyer.com
    MR@KCconsumerlawyer.com
Attorney for Plaintiffs

By: /s/ Danne W. Webb
Danne W. Webb #22312
Andrea S. McMurtry #24746
Horn Aylward & Bandy, LLC
2600 Grand Boulevard, Suite 1100
Kansas City, Missouri 64108
Telephone: 816-421-0700
Facsimile: 816-421-0899
Email: dwebb@hab-law.com
    amcmurtry@hab-law.com

Emmett E. Robinson, admitted *pro hac vice*
Jones Day
901 Lakeside Avenue
Cleveland, Ohio 44114
Telephone: 216-586-3939
Facsimile: 216-579-0212
Email: erobinson@jonesday.com
Attorneys for Experian Information Solutions, Inc.

## **CERTIFICATE OF SERVICE**

     I hereby certify that the above and foregoing was filed on July 31, 2017, using the District Court's CM/ECF electronic filing system, which will send notice to all counsel of record.

                                                 /s/ A.J. Stecklein
                                                 A.J. Stecklein #16330