UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
AT KANSAS CITY

| | |
|---|---|
| DEREK R. COATES,<br><br>                                  Plaintiff,<br><br>vs.<br><br>KANSAS COUNSELORS INC. AND EXPERIAN INFORMATION SOLUTIONS INC.,<br>                                  Defendants. | Case Number: 17-CV-02054 JAR/GEB |

**STIPULATION OF DISMISSAL WITH PREJUDICE
OF DEFENDANT KANSAS COUNSELORS INC.**

      Plaintiff and Defendant Kansas Counselors Inc. file this stipulation of dismissal per the Court's August 23, 2017 Order (Doc. 31) and Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

      1.     Plaintiff is Derek R. Coates; Defendants are Kansas Counselors, Inc. and Experian Information Solutions, Inc.

      2.     On January 2, 2017, Plaintiff filed a Petition against Defendants in the District Court of Wyandotte County, Kansas.

      3.     On January 27, 2017, Defendant Experian Information Solutions, Inc. removed the case to the United States District Court for the District of Kansas (Doc. 1).

      4.     A Stipulation of Dismissal of Defendant Experian Information Solutions, Inc. only was filed July 331, 2017 (Doc. 28).

      5.     Plaintiff now moves to dismiss the lawsuit against Defendant Kansas Counselors Inc.

      6.     Defendant Kansas Counselors Inc. agrees to the dismissal.

      7.     This case is not a class action.

      8.     A receiver has not been appointed in this case.

9. This case is not governed by any federal statute that requires a court order for dismissal of the case.

10. Plaintiff has not previously dismissed any federal- or state-court suit based on or including the same claims as those presented in this case.

11. This dismissal is with prejudice to refiling.

12. Each party is to bear its own fees and costs.

Respectfully submitted,

By: /s/ A.J. Stecklein
A.J. Stecklein #16330
Michael H. Rapp #25702
Stecklein & Rapp Chartered
748 Ann Avenue
Kansas City, Kansas 66101
Telephone: 913-371-0727
Facsimile: 913-371-0727
Email: AJ@KCconsumerlawyer.com
         MR@KCconsumerlawyer.com
Attorney for Plaintiffs

By: /s/William Henderson
William Henderson #21409
Kutak Rock LLP
2300 Main Street, Suite 800
Kansas City, Missouri 64108
Telephone: (816) 502-4625
Facsimile: (816) 960-0041
Email: William.Henderson@KutakRock.com
Attorney for Kansas Counselors Inc.

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing was filed on September 22, 2017, using the District Court's CM/ECF electronic filing system, which will send notice to all counsel of record.

8f4a93b5-5ba1-40a3-b138-9bd4cb561a39.smokeball.tmp

/s/ A.J. Stecklein

A.J. Stecklein #16330